Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

November 26, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:**    *United States v. Rose (Anthony Rose, Jr.)*
             **19 Cr. 789**
             **Request for permission to travel**

Dear Judge Gardephe,

    This letter is submitted on behalf of my client, Anthony Rose, Jr. Mr. Rose requests permission to travel to the District of New Jersey from December 15-16, 2019, for a wedding in Somerset, NJ.

    Both the government and Pretrial Services have been informed of this request and neither has any objection.

Respectfully submitted,

Meredith S. Heller

Cc:    A.U.S.A. Mathew Andrews (via ECF)
        A.U.S.A. Louis A. Pellegrino (via ECF)
        P.T.S. Officer Shawn Bostic (via email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec 12 2019