```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    19-Cr-00789-PGG-5
     -against-                      :    ORDER
                                    :
Rose Jr., Anthony                   :
                                    :
                                    :
------------------------------------X
```

Paul G. Gardephe United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Mental health treatment as directed

Dated: January 2, 2020
New York, New York

                                                        SO ORDERED:

                                                        _____
                                                        Paul G. Gardephe
                                                        United States District Judge