UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

ANTHONY ROSE, Jr.,
    a/k/a "Sean Wells,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Anthony Rose Jr.'s sentencing will take place on **November 16, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Rose are due by **October 26, 2021**. The Government's submission is due by **November 2, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Rose.

Dated: New York, New York
       July 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1