UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANTHONY ROSE, JR.,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Anthony Rose, Jr.'s sentencing currently scheduled for January 7, 2022 at 11:00 a.m. will now take place on **January 7, 2022 at 12:00 p.m.** The hearing will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated: New York, New York
       December 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge