Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

April 22, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Rose (Anthony Rose, Jr.)*
      **19 Cr. 789 (PGG)**

Dear Judge Gardephe,

I write regarding my client, Anthony Rose, Jr. As your Honor may recall, May 2, 2022 was set as the self-surrender date for Mr. Rose at his sentence on February 2, 2022.

As of today, the Bureau of Prisons ("BOP") has not designated Mr. Rose. Unless his surrender date is changed he will be housed at MDC Brooklyn until the BOP processes his designation. Your Honor granted Mr. Rose leave to self-surrender specifically to avoid having him housed at MDC.

Self-surrender to a designated institution as opposed to the MDC is particularly important for Mr. Rose who has an internal defibrillator monitored by a cell phone and may require medical attention at any time. This possibility is particularly concerning at MDC where both regular and emergency medical services have been problematic to non-existent, as we are all aware.

My request is that Mr. Rose's self-surrender date be extended from May 2, 2022 until June 2, 2022, with the expectation that by then the BOP will have designated him to a facility he can self-surrender to and begin his 24 month term of incarceration.

The government, through A.U.S.A. Mathew Andrews, does not oppose this request.

Respectfully submitted,

*/s/ Meredith Heller*
Meredith S. Heller

Cc:   A.U.S.A. Mathew Andrews (via ECF)
      A.U.S.A. Louis A. Pellegrino (via ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 28, 2022